**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Franklin Mutual Insurance Company, Inc., et al. , <br><br> Plaintiff(s), <br><br> v. <br><br> Fulidmaster, Inc., et al. , <br><br> Defendant(s). | Case No. 16-cv-9853 <br> Judge Robert M. Dow |

## **ORDER**

Pursuant to the stipulation to dismiss filed in the Master Case No. 14-cv-5696 in MDL No. 2575, this case is dismissed with each side to bear their own costs and fees. Civil case terminated.

Date: 2/5/2018                                     /s/ Judge Robert M. Dow, Jr.